# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARY J. ROBERTS | § | |
| | § | Civil Action No. 4:17-CV-876 |
| v. | § | (Judge Schell/Judge Nowak) |
| | § | |
| COMMISSIONER, SSA | § | |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff Mary J. Roberts's ("Plaintiff") Petition for Award of Attorney Fees and Court Costs Under the Equal Access to Justice Act ("Motion") (Dkt. #18) and Commissioner's Response (Dkt. #20), wherein the Commissioner states she has no objection to Plaintiff's request, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Dkt. #18) is **GRANTED**, and the Commissioner is directed to pay four thousand, seven hundred twenty-four dollars and ninety-one cents ($4,724.91) in attorney's fees and four hundred dollars ($400.00) in court costs, for a total award of five thousand, one hundred twenty-four dollars and ninety-one cents ($5,124.91) Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**SIGNED this the 27th day of May, 2019.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE